TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section
JAMES E. DOCHTERMAN (Cal. Bar No. 256396)
Assistant United States Attorney
Asset Forfeiture Section
Federal Courthouse, 14th Floor
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2686
Facsimile: (213) 894-0142
E-mail: James.Dochterman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN THE MATTER OF THE SEIZURE OF $17,700.00 IN U.S. CURRENCY. | 2:22-CM-00036<br><br>JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT<br><br>[PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |
|---|---|

It is hereby stipulated by and between the United States of America (the "government") and potential claimant James Lyle Loughridge ("Loughridge" or "Claimant") through their counsel, Victor Sherman as to $17,700.00 in U.S. Currency seized during the execution of a State of California search warrant conducted at the

personal residence of the claimant in Eastvale, California on October 14, 2021 (the "seized asset") and stipulate to the following:

1. Claimant filed a written claim in the administrative forfeiture proceedings with the Drug Enforcement Administration ("DEA") with respect to the seized asset.

2. The government asserts that DEA sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. Under 18 U.S.C. § 983(a)(2)(A)–(E), the time has either expired or been tolled for any person to file a claim to the seized asset. No person other than the claimants have filed a claim to the seized assets as required by law in the administrative forfeiture proceedings.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized asset alleging that the seized asset is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be March 22, 2022, but the statute provides for an extension of this date by court order or upon agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to June 20, 2022, the time in which the United States is required to file a complaint for forfeiture against the seized asset and/or to obtain an indictment alleging that the seized asset is subject to forfeiture, so that the parties can determine whether a resolution is appropriate without the government having to initiate a judicial forfeiture action.

5. Claimant knowingly, intelligently, and voluntarily gives up any rights they may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the seized asset and/or to obtain an indictment alleging that the seized asset is subject to forfeiture by March 22, 2022, and any rights they may have to seek dismissal of any complaint on the grounds that it was not filed or returned on or before such date.

//

//

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the government's time to file a civil forfeiture complaint and/or to obtain an indictment alleging that the seized asset is subject to forfeiture in connection with the seized asset be extended to and including June 20, 2022.

Dated: March 1, 2022

TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture Section

*/s/ James E. Dochterman*
JAMES E. DOCHTERMAN
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: March 1, 2022

*/s/(per email confirmation)*
VICTOR SHERMAN

Attorney for claimant
JAMES LYLE LOUGHRIDGE

**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **March 1, 2022**, I served a copy of: **JOINT STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** upon each person or entity named below by attaching a copy to an e-mail provided by the receiving person or entity per request of the receiving person or entity.

**TO Victor@victorshermanlaw.com**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **March 1, 2022** at Los Angeles, California.

*/s/Shannen Beckman*
SHANNEN BECKMAN